## OPPENHEIM *v.* NAGLE.

[No. 11,992. Filed December 9, 1924.]

From Marshall Circuit Court; *Reuben R. Carr,* Judge.

Action between Nathan Oppenheim and Franklin Nagle. From a judgment rendered, the former appeals. *Affirmed.*

*Martindale & Martindale,* for appellant.
*S. N. Stevens* and *Holmes, Bernetha & Miller,* for appellee.

PER CURIAM.—Judgment affirmed.

## RAILWAY SERVICE AND SUPPLY CORPORATION *v.* CARPENTER ET AL.

[No. 12,027. Filed December 17, 1924.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act. From the judgment rendered, the Railway Service and Supply Corporation appeals. *Affirmed.*

*George Edwards* and *Turner, Adams, Merrell & Locke,* for appellant.
*J. Burdette Little,* for appellee.

PER CURIAM.—Affirmed.

## GRAVES *v.* GRAVES.

[No. 11,899. Filed October 9, 1924. Rehearing denied January 30, 1925.]

From Marion Superior Court (A 17,672); *Clinton H. Givan,* Judge.

Action between Lydia Graves and Frank Graves. From the judgment rendered, the former appeals. *Affirmed.*

*Robert L. Bailey,* for appellant.

PER CURIAM.—Judgment affirmed.